UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAINTENX MANAGEMENT, INC.,

   Plaintiff,

v.                                       Case No: 8:14-cv-2440-T-30MAP

JEREMY LENKOWSKI,

   Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice (Dkt. #22).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of February, 2015.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-2440 dismiss 22.docx